IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES TIMOTHY,<br><br>　　　　Defendant and<br>　　　　Judgment Debtor.<br>_____<br><br>COMCAST CABLE,<br><br>　　　　Garnishee.<br>_____ | 2:08MC00134-GEB-EFB<br><br><br><br>ORDER OF CONTINUING<br>GARNISHMENT (WAGES) |

　　　Pursuant to the Request for Entry of Order of Continuing Garnishment (Wages),

　　　IT IS ORDERED that the garnishee Comcast Cable, shall forward to the U.S. District Court Clerk twenty-five percent (25%) of the disposable earnings (gross wages less <u>required</u> deductions for federal income tax, federal social security, Medicare tax, state income tax, state disability insurance and payments to a <u>public</u> employee retirement system) per pay period owing by the garnishee to the judgment debtor, beginning on the date the garnishee

1

1 <u>received</u> the Writ of Continuing Garnishment (Wages), and continuing
2 said payments for all subsequent pay periods until the judgment in
3 favor of the United States is paid in full.  The garnishee shall,
4 however, pay to the judgment debtor minimum net wages of $1,018.08
5 per bi-weekly pay period if imposition of said garnishment would
6 otherwise render the judgment debtor's net wages below this minimum
7 amount.
8      IT IS SO ORDERED.
9 DATED:   January 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2