IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08MC00134-GEB-EFB |
| | ) | |
| Plaintiff, | ) | AMENDED |
| | ) | ORDER OF CONTINUING |
| v. | ) | GARNISHMENT (WAGES) |
| | ) | |
| CHARLES TIMOTHY, | ) | |
| | ) | |
| Defendant and Judgment Debtor. | ) | |
| | ) | |
| COMCAST CABLE, | ) | |
| | ) | |
| Garnishee. | ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee COMCAST CABLE shall withhold each month and remit to the United States Attorney, $150.00 of defendant's disposable earnings\*, until the judgment is paid in full, or until further order of the Court.

DATED: April 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**\*** (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)